IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

APR 0 7 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

*Dekator Lane Nunley,*

(Enter the full name of the plaintiff.)

**CIV 21 0309 J**

v.

Case No. _____
(Court Clerk will insert case number)

(1) *Stephens County,*

(2) *Barry Rohrbough Stephens County Jail Detention Officer*

(3) *Katie Jones Stephens County Jail Detention Officer*

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.      You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.      You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.      You must send the original complaint and one copy to the Clerk of the District Court.

4.      You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5.      If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7.     The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.     If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.


## COMPLAINT

**I.     Jurisdiction is asserted pursuant to:**

        ⤬ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

        ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

        If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

_____

**II.**     **State whether you are a:**

_____ Convicted and sentenced state prisoner

_____ Convicted and sentenced federal prisoner

✓ Pretrial detainee

_____ Immigration detainee

_____ Civilly committed detainee

_____ Other (please explain) _Stephens County Jail inmate_

**III.**     **Previous Federal Civil Actions or Appeals**

     List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

     1.  Prior Civil Action/Appeal No. 1

          a.  Parties to previous lawsuit:

               Plaintiff(s): _____

               Defendant(s): _____

          b.  Court and docket number: _____

          c.  Approximate date of filing: _____

          d.  Issues raised: _____

          _____

          _____

          e.  Disposition (for example:  Did you win?  Was the case dismissed?  Was summary judgment entered against you?  Is the case still pending?  Did you appeal?): _____

          _____

          f.  Approximate date of disposition: _____

     If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

**IV. Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

   Name and any aliases: Dekotor Lane Nunley

   Address: 101 South 11th st, Duncan, OK, 73533

   Inmate No.: _____

2. Defendant No. 1

   Name and official position: Stephens County

   101 south 11th Street, Duncan, OK

   Place of employment and/or residence: _____

   _____

   How is this person sued? (✗) official capacity, ( ) individual capacity, ( ) both

3. Defendant No. 2

   Name and official position: Barry Rohrbough

   Stephens County Detention Officer

   Place of employment and/or residence: Stephens County Jail

   101 South 11th Street, Duncan, OK, 73533

   How is this person sued? ( ) official capacity, ( ) individual capacity, (✗) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

4. Defendant No. 3

Name and official position: Katie Jones
Stephens County Jail Detention Officer
Place of employment: Stephens County Jail
101 south 11th street, Duncan, OK, 73533
How is this person sued? ( ) Official capacity
( ) individual capacity (X) both

**V.      Cause of Action**

Instructions

1.    *Provide a short and plain statement of each claim.*

- Describe the facts that are the basis for your claim.

- You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.

- Explain how you were hurt and the extent of your injuries.

2.    *You are not required to cite case law.*

- Describe the constitutional or statutory rights you believe the defendant(s) violated.

- At this stage in the proceedings, you do not need to cite or discuss any case law.

3.    *You are not required to attach exhibits.*

- If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4.    *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

- If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).

- Every claim you raise must be exhausted in the appropriate manner.

5.    *Be aware of any statute of limitations.*

- If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

Rev. 10/20/2015

6.    *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.    **Claim 1:**

(1)    List the right that you believe was violated:

I was physically assaulted by the Detention Officers at this facility and I am a handicap person and I was subject to excessive force

(2)    List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Stephens County

Barry Rohrbough

Katie Jones

Rev. 10/20/2015

Claim 1

(a) Supporting Facts: I have Dystonea and have had brain surgery. I have a deep brain stimulator installed via surgery. Shortly after Barry Rohrbough started working here he handcuffed me and slammed me on my head. this was in Fpod with witnesses. This assault split my head open and I had to go to medical. Another time he entered my cell, handcuffed me and threw me on my head again causing a wound and another trip to medical. Both incedents were in late summer/winter of 2020. Because of my Dystonia, I am not supposed to be hit on my head. I am disabled barely able to walk. The detention never disciplined him. They have both video proof and medical records with exact dates unsure. Just need to get it through subpoena. Barry Rohrbough is always treating me roughly just today 04/05/21 at 12 pm when he was pulling me out for a haircut he shoved me.

(3)   List the supporting facts:

On June last year I was on E-row and I had
My hand out the bean hole and Detention Officer Katie
Jones slammed the beanhole shut on my hand
and my hand was already messed up

(4)   Relief requested:  (State briefly exactly what you want the court to do for you.)

Criminal charges on those responsible and requesting
Monatory relief for pain and suffering requesting
Stephens County $200,000 Barry Rohrbough $100,000
Katie Jones $100,000

2.   **Claim II:**

(1)   List the right that you believe was violated:

I have been harrassed and aggravated
by the Detention Officers here on
many different occasions

(2)   List the defendant(s) to this claim:  (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Stephens County
Barry Rohrbough
Katie Jones

(3)   List the supporting facts:

Barry Rohrbough calls me faggot, chomo, snitch and many other things I am not

_____

_____

(4)   Relief requested:  (State briefly exactly what you want the court to do for you.)

criminal charges on those responsible and requesting monatery relief for pain and suffering requesting Stephens County $200,000 , Barry Rohrbough $100,000 Katie Jones $100,000

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.   Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____        04/05/21
Plaintiff's signature                                      Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _____ day of _____, 20___.

_____        04/05/21
Plaintiff's signature                                      Date

Rev. 10/20/2015

I am currently being held captive in a County that has no regards to our costitutional rights. They constantly physically assault us and arrest us on bogus charges and physically assault us in jail and threaten us with life sentences if we do not take a plea bargain on there bogus charges. This is not Justice please help us